**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

**CASE NO: 6:21-CV-00344-KEW**

JENNIFER HOLT,
individually and on behalf of all
others similarly situated,                                              CLASS REPRESENTATION

      Plaintiff,                                                                                    JURY TRIAL DEMANDED

v.

SMILEDIRECTCLUB, LLC.,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Jennifer Holt, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Date: February 7, 2022

**EISENBAND LAW, P.A.**

      */s/ Michael Eisenband*
      Michael Eisenband
      Florida Bar No. 94235
      515 E. Las Olas Boulevard, Suite 120
      Ft. Lauderdale, Florida 33301
      Email: MEisenband@Eisenbandlaw.com
      Telephone: 954.533.4092
      *Counsel for Plaintiff*